CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

3:16cr51 HTW-FKB

CITY: _____

COUNTY: ____Hinds____

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES  ___ NO

NAME/ALIAS: Teresa K. Malone

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 13 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Darren J. LaMarca   BAR # MSB#1782

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  2   ___ PETTY  ___ MISDEMEANOR  2  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:1349.F | 18 U.S.C.§ 1349 | Attempt and Conspiracy | 1 |
| Set 2  18:666A.F | 18 U.S.C. § 666(a)(2) | Theft or bribery concerning programs receiving federal funds | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 7/11/16   SIGNATURE OF AUSA: _Darren LaMarca_

(Revised 2/26/10)