IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:16-cr-51-HTW-FKB-1

TERESA K. MALONE

## MOTION AND ORDER TO UNSEAL

The United States of America moves that the Motion to Seal the Indictment, the Order sealing the Indictment, and the Indictment herein be unsealed, and represents the following:

The defendant in this matter has now been notified of her arrest warrant and there is no further need for the Indictment to remain sealed.

WHEREFORE, the United States requests that the Court UNSEAL the Motion to Seal the Indictment, the Order sealing the Indictment, and the Indictment.

Respectfully submitted,

GREGORY K. DAVIS
UNITED STATES ATTORNEY

By: s/*Darren J. LaMarca*
DARREN J. LaMARCA
Assistant U.S. Attorney
MSB No. 1782

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Motion to Seal the Indictment, the Order sealing the Indictment, and the Indictment herein be unsealed.

SO ORDERED, this the 25th day of July, 2016.

F. KEITH BALL
UNITED STATES MAGISTRATE JUDGE