IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                         CRIMINAL ACTION NO.: 3:16-CR-51-HTW-LRA

TERESA K. MALONE                                                              DEFENDANT

ORDER GRANTING CONTINUANCE

BEFORE THIS COURT is the unopposed Motion for Continuance filed by the defendant. **[Docket no. 20]**. After a review of the submissions of the defendant, this court finds the motion well-taken and hereby GRANTS the Motion for Continuance. **[Docket no. 20]**.

IT IS THEREFORE ORDERED the parties will inform this court about the status of the defendant as soon as practicable, in any event, no later than May 1, 2017, so this matter may proceed apace.

**SO ORDERED** this the 7th day of December, 2016.

s/ **HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**