# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**vs.**                         **CRIMINAL ACTION NO.: 3:16-CR-51-HTW-LRA**

**TERESA K. MALONE**                                                   **DEFENDANT**

## ORDER GRANTING CONTINUANCE

BEFORE THIS COURT is the Motion for Continuance filed by the defendant. **[Docket no. 31]**. After a review of the submissions of the defendant, this court finds the motion well-taken and hereby GRANTS the Motion for Continuance. **[Docket no. 31]**.

IT IS, THEREFORE, ORDERED the parties will inform this court about the status of the defendant as soon as practicable, in any event, no later than March 1, 2018, so this matter may proceed apace.

**SO ORDERED, this this 8th day of January, 2018.**

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**