IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                                                              CRIMINAL NO. 3:16CR51-HTW-FKB

TERESA K. MALONE                                                                    DEFENDANT

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, Teresa K. Malone, by and through counsel, and moves the Court pursuant to Rule 45 of the Federal Rules of Criminal Procedure for an order continuing the date set for sentencing currently scheduled in the above-styled cause, and in support thereof would show unto the Court the following:

1. That Defendant is set to be sentenced regarding the above stated matter on Friday, May 24, 2019, at 2:00 p.m.;

2. That on that date, undersigned counsel would show that they have five (5) depositions to be taken;

3. Additionally, Mr. Wheeler's daughter's graduation is also scheduled for May 24, 2019; and

4. This motion is not made for the purpose of delay or harassment, but for the fair administration of justice.

WHEREFORE, PREMISES CONSIDERED, your Defendant prays that this Motion for Continuance be filed and that upon due consideration by this Court, an Order of Continuance will be granted to your Defendant until further order of this Honorable Court.

Respectfully submitted, this the 1st day of May, 2019.

              TERESA K. MALONE, Defendant

           By: /s/James R. Franks, Jr.
              JAMES R. FRANKS, JR. MSB# 100156
              WILLIAM R. WHEELER, JR., MSB#10848
              Counsel for Defendant

OF COUNSEL:

WHEELER & FRANKS LAW FIRM, P.C.
114 South Broadway Street
Post Office Box 681
Tupelo, Mississippi 38802
Telephone: (662) 842-0380
Facsimile: (662) 842-7491

CERTIFICATE OF SERVICE

I, James R. Franks, Jr., do hereby certify that I have this day filed via MEC the foregoing *Motion for Continuance* which has sent a copy via email to:

Darren J. LaMarca, Esq.
Office of the U.S. Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

This the 1st day of May, 2019.

/s/James R. Franks, Jr.
JAMES R. FRANKS, JR.