IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO. 3:16CR51-HTW-FKB |
| TERESA K. MALONE | DEFENDANT |

## MOTION TO POSTPONE REPORT DATE

COMES NOW the Defendant, Teresa K. Malone, by and through counsel, and moves the Court for an order postponing the date currently set for the Defendant to report to the Bureau of Prisons for surrender for service of sentence in the above-styled cause, and in support thereof would show unto the Court the following:

1. That Defendant is set to report to the Bureau of Prisons for surrender for service of sentence on Monday, July 22, 2019;

2. That Defendant has several important medical appointments scheduled after the current report date of July 22, 2019. A nodule was discovered in Defendant's lung and a CT scan of such has been scheduled for July 25, 2019. Further on or about August 8, 2019, Defendant is scheduled to have an echocardiogram. Defendant has an appointment scheduled on August 14, 2019, with her cardiologist to review the results of the echocardiogram and dermatologist to assess skin lesions which are a side effect of her medications;

3. Additionally, Defendant was asked to provide copies of medical records, prescriptions, diagnosis, prognosis, and treatment plan to the Bureau of Prisons prior to surrender date for review and determination of treatment facilities. Defendant has not had adequate time

to secure all requested documents. Defendant expects to have copies of medical records on Monday, July 15, 2019. Defendant will be unable to obtain a copy of her diagnosis, prognosis, and until after her CT scan on July 25, 2019;

4. That the United States Government takes no position on this Motion;

5. This motion is not made for the purpose of delay or harassment, but for the fair administration of justice.

WHEREFORE, PREMISES CONSIDERED, your Defendant prays that this Motion to Postpone Report Date be filed and that upon due consideration by this Court, an Order Postponing Defendant's date to surrender to the Bureau of Prisons for service of sentence until further order of this Honorable Court.

Respectfully submitted, this the 11th day of July, 2019.

TERESA K. MALONE, Defendant

By: /s/James R. Franks, Jr.
JAMES R. FRANKS, JR. MSB# 100156
WILLIAM R. WHEELER, JR., MSB#10848
Counsel for Defendant

OF COUNSEL:

WHEELER & FRANKS LAW FIRM, P.C.
114 South Broadway Street
Post Office Box 681
Tupelo, Mississippi 38802
Telephone: (662) 842-0380
Facsimile: (662) 842-7491
Email: jfranks@wheelerfrankslaw.com

CERTIFICATE OF SERVICE

I, James R. Franks, Jr., do hereby certify that I have this day filed via ECF the foregoing *Motion to Postpone Report Date* which has sent a copy via email to:

Darren J. LaMarca, Esq.
Office of the U.S. Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

This the 11th day of July, 2019.

/s/James R. Franks, Jr.
JAMES R. FRANKS, JR.