IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:6cr51HTW-FKB

TERESA K. MALONE

## MOTION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE

The United States of America, by and through the United States Attorney and undersigned Assistant U.S. Attorney for the Southern District of Mississippi, moves for a Final Order of Forfeiture in the above-entitled cause, and in support of its motion states:

1. On October 4, 2017, Defendant Teresa K. Malone pleaded guilty to bribery.

2. As part of the guilty plea to the indictment, for which the United States sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 28 U.S.C. § 2461, Teresa K. Malone agreed to forfeit to the United States any property that constitutes, or was derived from proceeds that she obtained, directly or indirectly, as a result of the offense charged in the Indictment.

3. The Court determined, based on her plea, that Teresa K. Malone would pay a **$225,000 money judgment**, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 28 U.S.C. § 2461, and that the Government has established the requisite nexus between the money judgment and her admitted participation in bribery.

4. This Court entered an Agreed Preliminary Order of Forfeiture regarding the aforementioned money judgment on October 4, 2019. *See* Agreed Preliminary Order of Forfeiture, ECF No. 47.

5. No ancillary hearing is required since the forfeiture provides for a money judgment. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment, and shall be enrolled in all appropriate Judgment Rolls. Therefore, although the instant motion is not required by law, the United States moves for a final order of forfeiture out of an abundance of caution.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture.

This the 11th day of October, 2019.

        Respectfully submitted,

        D. MICHAEL HURST, JR.
        *United States Attorney*

By:   */s/ Darren LaMarca*
      DARREN LaMARCA
      *Assistant United States Attorney*
      MS Bar No. 1782
      United States Attorney's Office
      501 East Court Street, Suite 4.430
      Jackson, Mississippi 39201
      Telephone: (601) 965-4480
      Facsimile: (601) 965-4032
      Email: darren.lamarca@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which sent notification to all counsel of record.

Dated: October 11, 2019

/s/ Darren LaMarca
DARREN LaMARCA
Assistant United States Attorney