# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**          **CRIMINAL NO. 3:16-cr-00051-HTW-FKB**

**TERESA K. MALONE**          **DEFENDANT**

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

COMES NOW, the Defendant, Teresa Malone, by and through counsel, and files this her Motion for Leave to Motion Under Seal and in support thereof, would show the following:

1. Defendant, Teresa Malone, requests leave to file her Motion for Relief Under Compassionate Release, which contains personal information regarding her medical conditions.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Teresa Malone, respectfully requests that this Court enter an order allowing the Defendant to file her Motion for Relief Under Compassionate Release under seal that contains personal information regarding her medical condition.

This the 17th day of October, 2019.

         Respectfully submitted,

         **TERESA K. MALONE**

         By: /s/ Cynthia A. Stewart
            CYNTHIA A. STEWART

Of Counsel:

Cynthia A. Stewart, Attorney, P.A.
118 Homestead, Suite C
Madison, Mississippi 39110
Telephone: (601) 856-0515
Facsimile: (601) 856-0514

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Defendant herein, do hereby certify that the above and foregoing is being filed with the Clerk of this Court by electronic filing and will be served via e-mail by the Clerk of this Court to all parties of record.

DATED this the 17th day of October, 2019.

/s/ Cynthia A. Stewart
Cynthia A. Stewart